IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA      )
                                        )
      Plaintiff,              )
                                          )
      v.                     )      Case No. 12-00340-01-CR-W-HFS
                                          )
GERALD W. JONES              )
                                          )
      Defendant.         )

**ORDER**

Before me is a report and recommendation, based on a competency evaluation, that defendant is mentally competent for trial purposes. Doc. 246. No objections have been filed. Upon review of the record I ADOPT the report and recommendation and FIND that defendant is competent for litigation purposes.  SO ORDERED.

                        /s/ Howard F. Sachs
                        HOWARD F. SACHS
                        UNITED STATES DISTRICT JUDGE

February   14  , 2014

Kansas City, Missouri